UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL LORUSSO,

    Plaintiff,

v.                                            Case No. 3:24cv00080-LC-HTC

LIEUTENANT MOORE, et al.,

    Defendants.

_____/

## **ORDER**

       The magistrate judge issued a Report and Recommendation on March 20, 2024 (ECF No. 6), recommending this case be dismissed without prejudice as frivolous and malicious because Plaintiff knows he is a three-striker who must pay the full filing fee and failed to do so and because Plaintiff failed to truthfully disclose his litigation history.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

       Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as frivolous and malicious because Plaintiff knows he is a three-striker who must pay the full filing fee and failed to do so and because Plaintiff failed to truthfully disclose his litigation history.

3. The clerk shall close the file.

**DONE AND ORDERED** this 22nd day of April, 2024.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv00080-LC-HTC